**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Eugene SMALLS, a/k/a Gene Smalls,
a/k/a Kishawnie Henry, a/k/a Quick-
ness, Defendant–Appellant.**

**No. 15–7065.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 19, 2015.

Decided: Nov. 23, 2015.

Eugene Smalls, Appellant Pro Se. Rob-
ert Edward Bradenham II, Assistant Unit-
ed States Attorney, Newport News, Virgi-
nia, for Appellee.

Before NIEMEYER, KING, and
HARRIS, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Eugene Smalls appeals the district
court's order granting his 18 U.S.C.
§ 3582(c)(2) (2012) motion.* We have re-
viewed the record and find no reversible
error. Accordingly, we affirm for the rea-
sons stated by the district court. *United
States v. Smalls,* No. 2:96–cr–00131–RBS–
1 (E.D.Va. May 28, 2015); *see also United
States v. Smalls,* 720 F.3d 193, 195–97, 199
(4th Cir.2013) (absent a contrary indica-
tion, there is a presumption that district
court, deciding a § 3582(c)(2) motion, con-
sidered the relevant factors). We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before the court and argu-
ment would not aid the decisional process.

*AFFIRMED.*

---

* Although the district court granted Smalls'
§ 3582 motion, the reduction granted by the
court did not reduce Smalls' sentence to the
full extent he requested.